```
                    District Court for the Western
                         District of Washington


UNITED STATES OF AMERICA,        )
                                 )
        Plaintiff                )
                                 )
                                 )
        vs.                      )    CR19-59RSM
                                 )
                                 )
DENNIS ROBERT GIBB,              )    ORDER APPOINTING
                                 )    FEDERAL PUBLIC
                                 )    DEFENDER
                                 )
        Defendant                )
                                 )
                                 )
_____)
```

On the basis of the above-named defendant's sworn financial statement, the court finds that he/she is financially unable to retain counsel and that the Federal Public Defender for the Western District of Washington be and is hereby appointed to represent the above-named defendant pursuant to Title 18 United States code 3006A.

                        Dated this      day of April, 2020

                        _____
                        United States Magistrate Judge

ORDER APPOINTING F.P.D.