CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DENNIS ROBERT GIBB, <br><br> Defendant. | No. CR19-059-RSM <br><br> ORDER GRANTING <br> MOTION TO SEAL EXHIBIT |

THIS MATTER has come before the Court on the motion of Dennis Gibb to seal Exhibit 5 (BOP medical records) to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.

IT IS ORDERED that Exhibit 5 be sealed.

DATED this 17th day of July 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Dennis Gibb

ORDER TO SEAL EXHIBIT
(*Dennis Gibb*, CR19-059-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100