CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DENNIS ROBERT GIBB,<br><br>   Defendant. | No. CR19-059-RSM<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |

This matter has come before the undersigned on the motion of Dennis Gibb to file an overlength motion for compassionate release. The Court has considered the motion and the records herein.

IT IS NOW ORDERED that Mr. Gibb's motion to file an overlength motion is GRANTED.

DATED this 17th day of July 2020.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Michael Filipovic*
Federal Public Defender
Attorney for Dennis Gibb

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION
(*Dennis Gibb*, CR19-059-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100