The Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-059 RSM |
| Plaintiff, | |
| v. | **ORDER CONCERNING EXTENDING THE BRIEFING SCHEDULE** |
| DENNIS ROBERT GIBB, | |
| Defendant. | |

Having considered the parties' Stipulation Concerning Briefing Schedule, the Court ORDERS:

1. The United States shall file a response to the motion for reduction in sentence on or before July 27, 2020.

2. Any reply brief will be filed on or before July 28, 2020, and the matter noted for that date.

DATED this 27th day of July, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

///

///

Stipulation Regarding Briefing Schedule
*United States v. Gibb,* CR19-059 RSM - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Helen J. Brunner*
HELEN J. BRUNNER
Assistant United States Attorney

Stipulation Regarding Briefing Schedule
*United States v. Gibb,* CR19-059 RSM - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970