CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR19-059-RSM |
| Plaintiff, | ) |
| v. | ) ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| DENNIS ROBERT GIBB, | ) |
| Defendant. | ) |

This matter has come before the Court on Dennis Gibb's motion to terminate his remaining period of supervised release. The Court has reviewed the motion, records, and files herein, as well as the factors set forth in 18 U.S.C. § 3553(a).

IT IS NOW ORDERED that Dennis Gibb's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 31st day of August 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted by:

s/ *Vanessa Pai-Thompson*
Assistant Federal Public Defender
Attorney for Dennis Gibb

ORDER FOR TERMINATION
OF SUPERVISED RELEASE
(*United States v. Gibb*, CR19-059-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100